**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND               MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:

Crystal D. King

Civil Case # 1:22-cv-00367-RLY-TAB

---

**NOTICE OF APPEARANCE**

To:     The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Crystal D. King.


Dated: July 7, 2026.                  Respectfully submitted,

                                    */s/ Ben C. Martin*
                                    Ben C. Martin, TX Bar No. 13052400
                                    **Ben Martin Law Group, PLLC**
                                    3500 Maple Avenue, Suite 400
                                    Dallas, TX 75219
                                    Tel.: (214) 761-6614
                                    Fax: (214) 744-7590
                                    bmartin@bencmartin.com


                                    ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Ben C. Martin
Ben C. Martin